UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FJD PARTNERS, LLC                               :
      Plaintiff,                              :
                                              :
      v.                                      :   No. 5:23-cv-3682
                                              :
JOANNE FRISCO STATHOULIS,                       :
*individually and d/b/a* Frisco's,              :
Frisco's Catering, Mama Frisco's,               :
Frisco Burger, Frisco's Car-Hops,               :
Frisco's Car-Hop Diner,                         :
Frisco's Car-Hop Drive Thru, and/or             :
Frisco's Car Hop Drive-In,                      :
      Defendant.                              :

# O R D E R

**AND NOW**, this 1st day of December, 2023, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. The Motion to Dismiss, ECF No. 10, is **GRANTED**.

2. The Complaint, ECF No. 1, is **DISMISSED for lack of personal jurisdiction**.

3. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge